IGNACIO E. SALCEDA, State Bar No. 164017 (isalceda@wsgr.com)
GREGORY L. WATTS, State Bar No. 197126 (gwatts@wsgr.com)
KATHERINE HENDERSON, State Bar No. 242676 (khenderson@wsgr.com)
BRYSON S. SANTAGUIDA, State Bar No. 255173 (bsantaguida@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

**E-Filed 5/3/2010**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN SIMON, MICHAEL KALLOK AND ALEXEY TERSKIKH, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ERIC STANG, LEN DEBENEDICTIS, HANK GAUTHIER, and RELIANT TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | CASE NO.: 5:10-cv-00262-JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date: May 7, 2010<br>Proposed CMC Date: September 17, 2010<br>Courtroom: 3 (Hon. Jeremy Fogel) |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE,
C-5:10-cv-00262-JF

Solta Stipulation_(PALIB1_3952047_1).DOC

1   WHEREAS, Plaintiffs filed a Complaint against defendants Eric Stang, Len
2   Debenedictis, Hank Gauthier, and Reliant Technologies, Inc. ("Defendants") in the Superior
3   Court of California, County of Santa Clara, on December 23, 2009 (the "Action");

4   WHEREAS, Defendants removed the Action to this Court on January 20, 2010;

5   WHEREAS, Defendants moved to dismiss the Action pursuant to the Securities
6   Litigation Uniform Standards Act of 1998 (SLUSA), 15 U.S.C. §§77p, 78bb, and the internal
7   affairs doctrine on January 27, 2010;

8   WHEREAS, Plaintiffs moved to remand the Action to the Superior Court of California,
9   County of Santa Clara, on February 29, 2010;

10  WHEREAS, on April 12, 2010, the Court issued an order granting in part and denying in
11  part Defendants' motion to dismiss, allowing Plaintiffs the opportunity to file an amended
12  complaint, and deferring determination of Plaintiffs' motion to remand until the filing of an
13  amended pleading;

14  WHEREAS, the Case Management Conference is currently scheduled before this Court
15  on May 7, 2010 at 10:30 a.m.;

16  WHEREAS, in the interests of judicial economy, the parties believe the Case
17  Management Conference, pre-conference filings, and selection of an ADR process, should be
18  deferred until the Court determines whether this Action should be dismissed or remanded to state
19  court.

20  NOW, THEREFORE, in the interest of judicial economy and good cause showing, the
21  parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the
22  Court hereby orders, as follows:

23  1.   The Case Management Conference currently scheduled for May 7, 2010, together
24  with all associated pre-conference filings (*e.g.*, the Case Management Statement, Rule 26(f)
25  disclosures, and ADR Certifications and Selection) shall be continued to September 17, 2010 at
26  10:30 a.m., provided that the case is not dismissed or remanded.

27  2.   The Parties respectfully request that the Court enter an Order approving this
28  Stipulation.

1 | Respectfully submitted,

2 | Dated:  April 21, 2010     WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050

By:   /s/ Gregory L. Watts
      Gregory L. Watts

Attorneys for Defendants


GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego, CA 92101

By: /s/ Edward Gergosian
      Edward Gergosian

Attorneys for Plaintiffs


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/3/2010

_____
United States District Judge

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2   I, Gregory L. Watts attest that concurrence in the filing of this document has been

3 obtained from the signatory, Edward M. Gergosian.  I declare under penalty of perjury under the

4 laws of the United States of America that the foregoing is true and correct.  Executed this 21st

5 day of April, 2010 at Palo Alto, California.

6

7                                                      By:  /s/ Gregory L. Watts
                                                              Gregory L. Watts
8
                                                       Attorneys for Defendants
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28